**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Puerto Rico__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Cosmogony II, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Known in the 1990's as "General Engineering Corporation"

   Also has been known as "U&W Industrial Supply, Inc."

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   c/o Office of the Lieutenant Governor of the Virgin Islands
   Number   Street

   1131 King Street, Suite 101

   Christiansted, St. Croix   USVI   00820
   City                        State   ZIP Code

   USVI
   County

   See "Attachment A" for Additional Addresses.

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City                State    ZIP Code

Official Form 205            Involuntary Petition Against a Non-Individual            page 1

Debtor  Cosmogony II, Inc.
        Name

Case number (if known) _____

---

**6. Debtor's website (URL)** _____

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

---

**Part 3: Report About the Case**

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor: Cosmogony II, Inc.
Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Glencore Ltd. | Amount past-due and owing on Indemnity claim | $ 134,476.19 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 134,476.19 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: Glencore Ltd.
Number / Street: 330 Madison Ave.
City: New York  State: New York  ZIP Code: 10017

Name and mailing address of petitioner's representative, if any

Name: Curtis, Mallet-Prevost, Colt & Mosle LLP c/o Eliot Lauer
Number / Street: 101 Park Avenue
City: New York  State: New York  ZIP Code: 10178

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/13/2022

X _____ attorney
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: Sergio A. Ramírez de Arellano, Esq.
Firm name, if any: SARLAW LLC
Number / Street: Banco Popular Center, Suite 1022, 209 Muñoz Rivera Ave.
City: San Juan  State: Puerto Rico  ZIP Code: 00918-1009
Contact phone: (787)765-2988  Email: sramirez@sarlaw.com
Bar number: 126804
State: Puerto Rico

X _____ Sergio Ramírez de Arellano
Signature of attorney
Date signed: 06/13/2022

Debtor __Cosmogony II, Inc._____   Case number (if known)_____
          Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____ _____ _____
City          State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____ _____ _____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

_____ _____ _____
City          State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____ _____ _____
City          State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____ _____ _____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

_____ _____ _____
City          State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

# ATTACHMENT A

Continuation of box 5: Debtor's addresses

| 13 E Airport Road<br>Christiansted, St. Croix, USVI 00820 | P.O. Box 1720<br>Kingshill, St. Croix, USVI 00851 |
|---|---|
| 13F Estate Bethlehem<br>Vitex Building, East Airport Rd.<br>Kingshill, St. Croix, USVI 00850 | c/o Mr. Joe Kramer<br>7B Peter's Rest<br>Christiansted, St. Croix, USVI 00820 |