B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District Of Puerto Rico

In re Cosmogony II, Inc. ,                )   Case No. 22-01682
      Debtor*                                   )
                                )   Chapter 7
                                )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:   COSMOGONY II, LLC

    A petition under title 11, United States Code was filed against you in this bankruptcy court on June 13, 2022 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:    Clerk of the Bankruptcy Court
                                      José V. Toledo Federal Building and U.S. Courthouse
                                      300 Calle Recinto Sur, Ste 109
                                      San Juan, Puerto Rico 00901-1964

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:  Sergio Ramírez de Arellano, Esq.
                                                            SARLAW LLC
                                                             Banco Popular Center, Suite 1022
                                                             209 Muñoz Rivera Ave.
                                                             San Juan, Puerto Rico 00918-1009

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                     Wilma Jaime-De Jesús   (Clerk of the Bankruptcy Court)

Date: JUN 1 3 2022                        By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on Cosmogony II, Inc. (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

**By mail to each of the following:**

1. Cosmogony II, Inc.
c/o Office of the Lieutenant Governor of the Virgin Islands
1131 King Street, Suite 101
Christiansted, St. Croix
USVI, 00820

2. Cosmogony II, Inc.
13 E Airport Road
Christiansted, St. Croix, USVI 00820

3. Cosmogony II, Inc.
13F Estate Bethlehem
Vitex Building, East Airport Rd.
Kingshill, St. Croix, USVI 00850

4. Cosmogony II, Inc.
P.O. Box 1720
Kingshill, St. Croix, USVI 00851

5. Cosmogony II, Inc.
c/o Mr. Joe Kramer
7B Peter's Rest
Christiansted, St. Croix, USVI 00820

For notice informational purposes only, former officer: Mr. John R. Wessel, c/o Hunter & Cole, Attn.: Warren B. Cole, 1138 King Street, Ste. 3, Christiansted, VI 00820-4943

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____ Signature _____

Print Name: _____

Business Address: _____
_____