**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:** | |
| **COSMOGONY II, INC.** | **CASE NO. 22-01682(ESL)** |
| **Debtor** | **Involuntary Chapter 7** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW the petitioning creditor GLENCORE LTD, ("Glencore"), through the undersigned counsel, and respectfully alleges, states and prays:

The undersigned counsel appears pursuant to Fed. R. Bankr. P. 9010(b), and requests that copies of all future notices, pleadings and other filings in the case be served on him. The undersigned also requests to be added to the Master List maintained by the Clerk of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of June, 2022.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

**SARLAW LLC**
*Attorneys for Glencore Ltd.*
Banco Popular Center, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tel.: (787) 765-2988 / Fax No. (787) 765-2983

*S/ Sergio A. Ramírez de Arellano*
Sergio A. Ramírez de Arellano
USDC No. 126804
sramirez@sarlaw.com