# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>COSMOGONY II, INC.,<br><br>Debtor | CASE NO. 22-01682(ESL)<br><br>Involuntary Chapter 7 |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure 7007.1 and 1010(b), and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Puerto Rico, the petitioning creditor, Glencore Ltd. submits that its parent/affiliate Glencore PLC is publicly traded.

**I HEREBY CERTIFY** that on this date, June 13th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**SARLAW LLC**
*Attorneys for Glencore Ltd.*
Banco Popular Center, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tel.: (787) 765-2988 / Fax No. (787) 765-2983

*S/ Sergio A. Ramírez de Arellano*
Sergio A. Ramírez de Arellano
USDC No. 126804
sramirez@sarlaw.com