# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-01682(ESL) |
| COSMOGONY II, INC., | Involuntary Chapter 7 |
| Debtor | |

## DESIGNATION REQUIRED UNDER LBR 1003-1

Pursuant to Local Bankruptcy Rule 1003-1, the petitioning creditor, Glencore Ltd, does not know the identity of the alleged debtor's principal operating officer, trustee, or managing general partner, and according to Title 13 of United States Virgin Islands Code, V.I. Code tit. 13, § 1112 (2019), the alleged debtor may be appropriately served in the Virgin Islands care of the Office of the Lieutenant Governor of the United States Virgin Islands. The alleged debtor does not appear in the Puerto Rico Electronic Registry for Corporations and Entities, hence, an appropriate authorized agent or designated Resident Agent for Cosmogony II, Inc. in Puerto Rico is unknown.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of June, 2022.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**SARLAW LLC**
*Attorneys for Glencore Ltd.*
Banco Popular Center, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tel.: (787) 765-2988 / Fax No. (787) 765-2983

*S/ Sergio A. Ramírez de Arellano*
Sergio A. Ramírez de Arellano
USDC No. 126804
sramirez@sarlaw.com