**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**COSMOGONY II INC**<br>**dba U&W INDUSTRIAL SUPPLY INC, fdba**<br>**GENERAL ENGINEERING CORPORATOIN**<br><br><br><br>Debtor(s) | Case No. **22–01682 ESL**<br><br>Chapter **7**<br><br><br>FILED & ENTERED ON 6/14/22 |

*ORDER*

The motion filed by Glencore LTD requesting to allow Eliot Lauer to appear pro hac vice (docket #7) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, June 14, 2022 .

Enrique S. Lamoutte
United States Bankruptcy Judge