IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

**COSMOGONY II, INC.**

Debtor

CASE NO. 22-01682(ESL)

Involuntary Chapter 7

### NOTICE TO PARTIES IN INTEREST OF INVOLUNTARY BANKRUPTCY FILING

TO ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, on June 13, 2022, an involuntary bankruptcy petition pursuant to chapter 7 of title 11 of the United States Code was filed against the above-identified Debtor in the above-captioned United States Bankruptcy Court for the District of Puerto Rico.

This Notice is being served by the undersigned counsel, by regular U.S. MAIL on all persons and entities set forth in "Exhibit 1" hereto.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of June, 2022.

**SARLAW LLC**
*Attorneys for Glencore Ltd.*
Banco Popular Center, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tel.: (787) 765-2988 / Fax No. (787) 765-2983

*S/ Sergio A. Ramírez de Arellano*
Sergio A. Ramírez de Arellano
USDC No. 126804
sramirez@sarlaw.com

# Exhibit 1
Notice Parties Served by U.S. Mail

| | | |
|---|---|---|
| J. RUSSEL B. PATE, ESQ.<br>THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED VI 00821 | KOREY A. NELSON, ESQ.<br>H. RICHARD YELTON, ESQ.<br>BURNS CHAREST LLP<br>365 CANAL STREET, SUITE 1170<br>NEW ORLEANS, LA 70130 | LOCKHEED MARTIN CORP.<br>C/O LAW OFFICES OF K.A. RAMI<br>ATTN:  KEVIN RAMES<br>2111 COMPANY ST., SUITE 3<br>CHRISTIANSTED, ST. CROIX<br>VI 00820-0000 |
| WARREN T. BURNS, ESQ.<br>DANIEL H. CHAREST, ESQ.<br>BURNS CHAREST LLP<br>900 JACKSON STREET, SUITE 500<br>DALLAS, TX 75202 | HESS CORPORATION<br>1501 MCKINNEY STREET<br>HOUSTON, TX  77010 | HESS OIL NEW YORK CORP.<br>1501 MCKINNEY STREET<br>HOUSTON, TX  77010 |
| RAUL GONZALEZ<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | VERDAN JAGRUP<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | PATRICIA MATHURIN<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| EUSTACE ROSE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | MALVINA JACKSON<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | ALEXANDER ST. ROSE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| MARY ST. ROSE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | LINROY E. FORDE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | EUGENE STEPHENSON<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| VICTOR RUIZ CARRASQUILLO<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821 | CANICE MCFARLANE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821 | JOSEPH JOAQUIN<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821 |

| | | |
|---|---|---|
| - and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | - and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | - and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| PHILLIP COLLINS<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | MAYNARD LAZARE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | ALEXANDER CHARLES<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| DENROY ADAMS<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | EZEKIEL BROOKS<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | VITALIS CADETTE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| BERNADETTE CADETTE<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | JIMMY LAURENT<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | MADELEINE OSCAR<br>C C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| MARC ANDREW SHEARN<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | STEADFORD BUFFONG<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 | EFFRAIL JONES<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821<br>- and –<br>C/O BURNS CHAREST LLP<br>900 JACKSON STREET, STE. 500<br>DALLAS, TX 75202 |
| THOMAS DUPARL<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821 | FRANKIE GABINO<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821 | BERNARD JOHN ALEXIS<br>C/O THE PATE LAW FIRM<br>P.O. BOX 370<br>CHRISTIANSTED, V.I. 00821 |

- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

TERRANCE MARTIN JR.
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

FREDRONA MILLIGAN
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

CARL PEREIRA
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

PETRONELLA SARGEANT
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

REUBEN WEEKES
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821

- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

TRICIA MOTTA
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

MARIE PHILGENCE
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

LARRY FRANCIS
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

ALPHONSUS DENIS
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

ROSELYN THEODORE
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821

- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

TOMAS RAMOS
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

MILTON BURT
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

GREGORY MATHURIN
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

VIRGINIA SAMUEL
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

CYRIL MITCHELL
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821

- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

IRA HOBSON
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

ROBERT LEO JOHN
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

JOHN BETHELMIE
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

TREVOR PATRICK
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

ALTON HECTOR
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

ANTHONY EMMANUEL
HECTOR
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

THOMAS LESTRADE
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

GABRIELITO RAMOS
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

ANTHONY RONALDO ALLICK
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

PETER CADETTE
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

FELIPE FIGUEROA
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

MONROE MORTON
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821
- and –
C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202

RICARDO MILLIGAN
C/O THE PATE LAW FIRM
P.O. BOX 370
CHRISTIANSTED, V.I. 00821

- and –

C/O BURNS CHAREST LLP
900 JACKSON STREET, STE. 500
DALLAS, TX 75202